# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: FRANCISCO MENDOZA & GUILLERMINA MENDOZA            Case Number: 08-73343
1009 N. OAK CREEK DRIVE        SSN-xxx-xx-0486 & xxx-xx-5311
GENOA, IL  60135

Case filed on: 10/17/2008
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $288.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PIERCE & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CORPORATE RECEIVABLES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NORTHLAND GROUP INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ENCORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FINANCIAL GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | H & R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ACADEMY COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | UNITED COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ALLIANCE ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | UNITED COLLECTION BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | FRANCISCO MENDOZA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BENEFICIAL FINANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DEKALB COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS COMMUNITY CREDIT UNION | 4,600.00 | 4,600.00 | 127.76 | 138.07 |
| 005 | LITTON LOAN SERVICING LP | 23,119.20 | 15,000.00 | 0.00 | 0.00 |
| 039 | AARONS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 27,719.20 | 19,600.00 | 127.76 | 138.07 |
| 004 | ILLINOIS COMMUNITY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,206.37 | 1,206.37 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 4,794.04 | 4,794.04 | 0.00 | 0.00 |
| 013 | CHASE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DEKALB CLINIC | 1,481.82 | 1,481.82 | 0.00 | 0.00 |
| 015 | DFS SERVICES LLC | 5,624.35 | 5,624.35 | 0.00 | 0.00 |
| 017 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 2,762.49 | 2,762.49 | 0.00 | 0.00 |
| 021 | ILLINOIS COMMUNITY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LVNV FUNDING LLC | 2,407.19 | 2,407.19 | 0.00 | 0.00 |
| 023 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LVNV FUNDING LLC | 2,111.06 | 2,111.06 | 0.00 | 0.00 |
| 027 | MERRICK BANK | 984.98 | 984.98 | 0.00 | 0.00 |
| 028 | MUSIC & ARTS CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SEARS PREMIER CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | COTTONWOOD FINANCIAL | 1,180.00 | 1,180.00 | 0.00 | 0.00 |
| 033 | LVNV FUNDING LLC | 3,957.81 | 3,957.81 | 0.00 | 0.00 |
| 035 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROUNDUP FUNDING LLC | 652.40 | 652.40 | 0.00 | 0.00 |
|  | Total Unsecured | 27,162.51 | 27,162.51 | 0.00 | 0.00 |
|  | Grand Total: | 54,881.71 | 46,762.51 | 127.76 | 138.07 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $265.83 |
| Trustee Allowance: | $22.17 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009        By  /s/Heather M. Fagan